ROBERT H. ZIMMERMAN, Bar No. 84345
SCHUERING ZIMMERMAN
SCULLY TWEEDY & DOYLE, LLP
400 University Avenue
Sacramento, California 95825-6502
(916) 567-0400
FAX: 568-0400

Attorneys for Defendant HARRAH'S ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MILETAK,<br><br>Plaintiff,<br><br>vs.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br><br>Defendants. | NO. C07 04398<br><br>[PROPOSED] ORDER RE MOTION TO DISMISS FOR LACK OF JURISDICTION<br><br>Date:  December 12, 2007<br>Time:  9:30 a.m.<br>Judge:  Magistrate Judge Richard Seeborg<br>Courtroom:  4 |

The motion of defendant Harrah's Entertainment, Inc., for an order dismissing this action for lack of jurisdiction pursuant to FRCP 12(b)(2) came on for hearing before this Court, plaintiff appearing in pro per and Robert H. Zimmerman appearing on behalf of defendant Harrah's Entertainment, Inc. After consideration of the briefs and arguments of plaintiff and counsel for defendant and all other matters presented to the Court,

IT IS HEREBY ORDERED that defendant Harrah's Entertainment, Inc.'s motion to dismiss for lack of jurisdiction is GRANTED/DENIED.

DATED:

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the [PROPOSED] ORDER RE MOTION TO DISMISS was served via:

    X    First class mail

         Overnight delivery service

         Facsimile transmission (see attached transmission report)

on October 26, 2007, to the following parties/counsel of record:

Nick Miletak
14745 Conway Avenue
San Jose, California 95124

                                                          ROBERT H. ZIMMERMAN
                                                          1233-6518