**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICK MILETAK,

         Plaintiff(s),

      v.

HARRAH'S ENTERTAINMENT, INC.,

         Defendant(s).
_____/

No. C 07-04398 RS

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _11/12/2007_

_____
Signature

Counsel for *Harrah's Entertainment, Inc.*
(Name of Party or indicate "Pro Se")

1

2

**CERTIFICATE OF SERVICE**

3        I certify that a true and correct copy of the CONSENT TO PROCEED BEFORE A

4    UNITED STATES MAGISTRATE JUDGE  was served via:

5            X        First class mail

6                      Overnight delivery service

7                      Facsimile transmission (see attached transmission report)

8    on November 13, 2007, to the following parties/counsel of record:

9    Nick Miletak
     14745 Conway Avenue
10   San Jose, California 95124

11

12

13

                                     /s/ Robert H. Zimmerman
14                                   ROBERT H. ZIMMERMAN
                                     1233-6518
15

16

17

18

19

20

21

22

23

24

25

26

27

28