**United States District Court**
For the Northern District of California

***E-FILED 11/15/07***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MILETAK, | No. C 07-04398 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| HARRAH'S ENTERTAINMENT, INC., | |
| Defendant. | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for December 12, 2007 at 2:30 p.m. before the Honorable Judge Richard Seeborg has been vacated.

Dated: 11/15/07

For the Court,
RICHARD W. WEIKING, Clerk

By:  /s/ Martha Parker Brown
     Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Robert Harry Zimmerman     rhz@szs.com, bjk@szs.com, Calendar@szs.com, slb@szs.com

**AND A COPY OF THIS NOTICE WAS MAILED TO:**

Nick Miletak
14745 Conway Avenue
San Jose, CA 95124

Dated: 11/15/07

                               /s/ BAK
                               Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California