1  Nick Miletak In Pro Se
   14745 Conway Avenue
2  San Jose, CA 95124
   (408)-369-9696
3

4  Nick Miletak, IN PRO SE

RECEIVED

2007 DEC 18 PM 3:48

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

FILED

JAN 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

280 South 1st Street
San Jose, CA 95113

Nick Miletak,                    ) Case No.: C07 04398 RMW
                                 )
          Plaintiff,             ) **Plaintiff's Notice of Voluntary Dismissal Pursuant to**
                                 ) **Federal Rule of Civil Procedure 41(a)(1)**
     vs.                         )   AND ORDER
                                 )
Harrah's Entertainment, Inc.,    )
                                 )
          Defendant              )
_____)

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that in the above captioned case in the United States District Court, Northern District of California, and pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff voluntarily dismisses the above-captioned action against corporate defendant Harrah's Entertainment, Inc., without prejudice.


**O R D E R**
IT IS SO ORDERED.
DATED: 1|16|08

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATED DISTRICT COURT JUDGE

1 | I, the undersigned, declare:
2 | 1. That declarant is and was, at all times herein mentioned a citizen of the
3 | United States and a resident of the County of Santa Clara, over the age of 18
4 | years.
5 | 2. That on December 18th 2007, declarant served by facsimile the PLAINTIFF'S
6 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE
7 | 41(a)(1) to the attorney for the defendant in the above captioned case.
8 | I declare under penalty of perjury that the foregoing is true and correct.
9 | Executed this 18th day of December 2007, at San San Jose, California.

*/s/ Nick Miletak*
NickMiletak
In Pro Se

DATED: December 18, 2007